# UNITED STATES DISTRICT COURT

__Eastern__     __District of__     __California__

MICHAEL HALTOM,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER:  1:11at0525

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __25th__   day of   _____August_____ ,   __2011__ .

__/s/ Dennis L. Beck__
Signature of Judicial Officer

__Dennis L. Beck, U.S. Magistrate Judge__
Name and Title of Judicial Officer